**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:         Alesia Annette Young v. Severino Family LLC

Appellate case number:    01-19-00410-CV

Trial court case number:    1132750

Trial court:                       County Civil Court at Law No. 1 of Harris County

Appellant, Alesia Annette Young, filed a pro se notice of appeal of the trial court's judgment, signed on May 28, 2019, in a forcible detainer proceeding. After the clerk's record was filed on June 4, 2019, the court reporter's information sheet was filed on June 27, 2019, indicating that there was no record taken, which set appellant's brief due by July 29, 2019. *See* TEX. R. APP. P. 38.6(a). On July 25, 2019, appellant filed a pro se "motion for a clear title on the property" in this Court because she claims that she had a binding contract with the tax assessor. This Court construes this "motion for a clear title on the property" as a motion to stay the judgment pending appeal.

With respect to eviction appeals, the Property Code states that "[a] judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007 (West 2018) ("A final judgment of a county court in an eviction suit may not be appealed on the issue of possession unless the premises in question are being used for residential purposes only."). To date, there is nothing in this Court's records to indicate that the $5,000.00 supersedeas bond amount, set by the county court in the judgment, was posted by appellant with the county clerk within ten days of the signing of the May 28, 2019 judgment. *See* TEX. PROP. CODE ANN. § 24.007.

Accordingly, the Court **denies** appellant's motion to stay the judgment.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes_____
                              ☑ Acting individually    ☐ Acting for the Court
Date:  __August 6, 2019___